**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy                    12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Identify Yourself** |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **Shanell** | |
| First Name | First Name |
| | |
| Middle Name | Middle Name |
| **Smith** | |
| Last Name | Last Name |
| | |
| Suffix (Sr., Jr., II, III) | Suffix (Sr., Jr., II, III) |

**2. All other names you have used in the last 8 years**

Include your married or maiden names.

| First Name | First Name |
|---|---|
| Middle Name | Middle Name |
| Last Name | Last Name |

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – __0__ __5__ __9__ __2__

OR

9xx – xx – ___ ___ ___ ___

xxx – xx – ___ ___ ___ ___

OR

9xx – xx – ___ ___ ___ ___

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☒ I have not used any business names or EINs.

Business name

Business name

Business name

☐ I have not used any business names or EINs.

Business name

Business name

Business name

Debtor 1    **Shanell Smith**                       Case number (if known) _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| ___ ___ – ___ ___ ___ ___ ___ ___ ___ | ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| EIN | EIN |
| ___ ___ – ___ ___ ___ ___ ___ ___ ___ | ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| EIN | EIN |

**5.**   **Where you live**

| | If Debtor 2 lives at a different address: |
|---|---|
| **10800 State Highway 151** | |
| Number   Street | Number   Street |
| **Apt.121** | |
| | |
| | |
| **San Antonio**       **TX**     **78251** | |
| City        State    ZIP Code | City        State    ZIP Code |
| **BEXAR** | |
| County | County |

| If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address. |
|---|---|
| | |
| Number   Street | Number   Street |
| | |
| P.O. Box | P.O. Box |
| | |
| City        State    ZIP Code | City        State    ZIP Code |

**6.**   **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:**   **Tell the Court About Your Bankruptcy Case**

**7.**   **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1 __Shanell Smith__ _____ Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
MM / DD / YYYY if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
MM / DD / YYYY if known

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Shanell Smith**                          Case number (if known) _____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                      State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.    What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                    Number    Street

_____

_____
City                    State    ZIP Code

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 __Shanell Smith__                                    Case number (if known) _____

## Part 6:     Answer These Questions for Reporting Purposes

16. **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts. _____

17. **Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

18. **How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

19. **How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:     Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X __/s/ Shanell Smith_____     X _____
 Shanell Smith, Debtor 1                      Signature of Debtor 2

 Executed on __01/24/2019__                 Executed on _____
          MM / DD / YYYY                            MM / DD / YYYY

Debtor 1    **Shanell Smith**                                          Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Kaci J. Price**                                    Date **01/24/2019**
   Signature of Attorney for Debtor                         MM / DD / YYYY

**Kaci J. Price**
Printed name

**Price Law Firm, P.C.**
Firm Name

**3740 Colony Drive, Suite 240**
Number          Street

_____

_____

**San Antonio**                          **TX**      **78230**
City                                      State     ZIP Code

Contact phone  **(210) 815-9459**          Email address **clientlaw @yahoo.com**

**24041727**                               **Tx**
Bar number                                 State

**Fill in this information to identify your case and this filing:**

Debtor 1      **Shanell**                                    **Smith**
              First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list
the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are
filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate
sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☑ No. Go to Part 2.
    ☐ Yes. Where is the property?

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any
    entries for pages you have attached for Part 1. Write that number here............................................➔ | $0.00 |

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

    ☐ No
    ☑ Yes

3.1.
Make:      **toyota**
Model:     **camry xle**
Year:      **2003**
Approximate mileage: **232,210**

Other information:
**2003 toyota camry xle**

Who has an interest in the property?
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the
entire property?**        **Current value of the
portion you own?**

$2,000.00        $2,000.00

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2. Write that number here............................................➔ | $2,000.00 |

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**                                          $765.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
    music collections; electronic devices including cell phones, cameras, media players, games
    ☑ No
    ☐ Yes. Describe.....                                                                    _____

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**                                           $80.00

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
    canoes and kayaks; carpentry tools; musical instruments
    ☑ No
    ☐ Yes. Describe.....                                                                    _____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....                                                                    _____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..... **See continuation page(s).**                                          $450.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver
    ☑ No
    ☐ Yes. Describe.....                                                                    _____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.....                                                                    _____

14. **Any other personal and household items you did not already list, including any health aids you
    did not list**
    ☑ No
    ☐ Yes. Give specific
    information.............                                                                _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3. Write the number here.................................................** →     $1,295.00

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

Debtor 1 __**Shanell Smith**_____ Case number (if known) _____

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes.................................................................................................................. Cash: ........................ _____**$5.00**

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes............................. Institution name:

| | | |
|---|---|---|
| 17.1. | Checking account: | **RBFCU (Checking 205252976)** | $33.00 |
| 17.2. | Checking account: | **RBFCU (Checking 207044867)** | $0.00 |
| 17.3. | Savings account: | **RBFCU (Savings/Money Market 205252967)** | $40.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................. Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes. Give specific information about them........................... Name of entity: % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them........................... Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each account separately. Type of account: Institution name:

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes............................. Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................. Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

Debtor 1    **Shanell Smith**_____    Case number (if known) _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them                                                        _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them                                                        _____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them                                                        _____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether          Federal: _____
you already filed the returns           State: _____
and the tax years......................  Local: _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony:               _____

Maintenance:           _____

Support:               _____

Divorce settlement:    _____

Property settlement:   _____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                              _____

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................  Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                              _____

Debtor 1  **Shanell Smith**                                    Case number (if known) _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes.  Describe each claim........                                    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes.  Describe each claim........                                    _____

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes.  Give specific information                                    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here**.....................................................................  ➔  | **$78.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No.  Go to Part 6.
    ☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☑ No
    ☐ Yes.  Describe..                                    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☑ No
    ☐ Yes.  Describe..                                    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☑ No
    ☐ Yes.  Describe..                                    _____

41. **Inventory**
    ☑ No
    ☐ Yes.  Describe..                                    _____

42. **Interests in partnerships or joint ventures**
    ☑ No
    ☐ Yes.  Describe.....  Name of entity:                % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ☑ No
    ☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
         ☐ No
         ☐ Yes.  Describe.....                                    _____

44. **Any business-related property you did not already list**
    ☑ No
    ☐ Yes.  Give specific information.

Debtor 1    **Shanell Smith**          Case number (if known) _____

45.   Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here.................................................................................... ➔ | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.   Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.   **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                             _____

48.   **Crops--either growing or harvested**

☑ No
☐ Yes. Give specific
information................                            _____

49.   **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                               _____

50.   **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                               _____

51.   **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information................                            _____

52.   Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here.................................................................................... ➔ | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53.   Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

54.   Add the dollar value of all of your entries from Part 7. Write that number here............................... ➔ | $0.00 |

Debtor 1    **Shanell Smith**                                              Case number (if known) _____

## Part 8:  List the Totals of Each Part of this Form

55.  **Part 1: Total real estate, line 2** ....................................................................................................➜                      $0.00

56.  **Part 2: Total vehicles, line 5**                         $2,000.00

57.  **Part 3: Total personal and household items, line 15**        $1,295.00

58.  **Part 4: Total financial assets, line 36**                    $78.00

59.  **Part 5: Total business-related property, line 45**            $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**   $0.00

61.  **Part 7: Total other property not listed, line 54**      +      $0.00

62.  **Total personal property.**  Add lines 56 through 61 ..................   $3,373.00     Copy personal          +   $3,373.00
                                                                                property total  ➜

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62 ................................................................   $3,373.00

Debtor 1    **Shanell Smith**                                          Case number (if known) _____

6.   **Household goods and furnishings (details):**

   **32 in TV**                                                        $50.00

   **20 inch TV**                                                      $15.00

   **20 inch TV**                                                      $20.00

   **Entertainment Center / Tv Cabinet**                              $10.00

   **PERSONAL COMPUTER**                                              $50.00

   **COFFEE TABLE**                                                    $5.00

   **KITCHEN TABLE**                                                  $30.00

   **WASHING MACHINE**                                                $40.00

   **CLOTHES DRYER**                                                  $40.00

   **POTS / PANS / COOKWARE**                                          $5.00

   **3 BED**                                                         $300.00

   **CELLULAR TELEPHONES**                                          $200.00

8.   **Collectibles of value (details):**

   **BOOKS**                                                         $30.00

   **DVDs**                                                          $50.00

11.  **Clothes (details):**

   **Clothing / Wearing Apparel for adult(s)**                     $200.00

   **Clothing / Wearing Apparel for 3 children**                   $250.00

**Fill in this information to identify your case:**

Debtor 1    **Shanell**             **Smith**
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**   *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2003 toyota camry xle (approx. 232,210 miles)**<br>Line from *Schedule A/B*:   **3.1** | **$2,000.00** | ☑   **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**32 in TV**<br>Line from *Schedule A/B*:   **6** | **$50.00** | ☑   **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**20 inch TV**<br>Line from *Schedule A/B*:   **6** | **$15.00** | ☑   **$15.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

3. **Are you claiming a homestead exemption of more than $160,375?**

   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

Debtor 1    **Shanell Smith**                                           Case number (if known)

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**20 inch TV**<br>Line from *Schedule A/B*: __6__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Entertainment Center / Tv Cabinet**<br>Line from *Schedule A/B*: __6__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**PERSONAL COMPUTER**<br>Line from *Schedule A/B*: __6__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**COFFEE TABLE**<br>Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**KITCHEN TABLE**<br>Line from *Schedule A/B*: __6__ | $30.00 | ☑ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**WASHING MACHINE**<br>Line from *Schedule A/B*: __6__ | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**CLOTHES DRYER**<br>Line from *Schedule A/B*: __6__ | $40.00 | ☑ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**POTS / PANS / COOKWARE**<br>Line from *Schedule A/B*: __6__ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**3 BED**<br>Line from *Schedule A/B*: __6__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1    **Shanell Smith** _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **CELLULAR TELEPHONES** Line from *Schedule A/B*: __6__ | $200.00 | ☑ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **BOOKS** Line from *Schedule A/B*: __8__ | $30.00 | ☑ $30.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **DVDs** Line from *Schedule A/B*: __8__ | $50.00 | ☑ $50.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Clothing / Wearing Apparel for adult(s)** Line from *Schedule A/B*: __11__ | $200.00 | ☑ $200.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Clothing / Wearing Apparel for 3 children** Line from *Schedule A/B*: __11__ | $250.00 | ☑ $250.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: **Cash on Hand** Line from *Schedule A/B*: __16__ | $5.00 | ☑ $5.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **RBFCU (Checking 205252976)** Line from *Schedule A/B*: __17.1__ | $33.00 | ☑ $33.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **RBFCU (Savings/Money Market 205252967)** Line from *Schedule A/B*: __17.3__ | $40.00 | ☑ $40.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: **RBFCU (Checking 207044867)** Line from *Schedule A/B*: __17.2__ | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Shanell Smith**                                    CASE NO

                                                            CHAPTER    **7**

## TOTALS BY EXEMPTION LAW

| Exemption Law | Husband | Wife | Joint | Community | N/A | Exemption Total | Market Value Total |
|---|---|---|---|---|---|---|---|
| 11 U.S.C. § 522(d)(2) | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| 11 U.S.C. § 522(d)(3) | $0.00 | $0.00 | $0.00 | $0.00 | $1,295.00 | $1,295.00 | $1,295.00 |
| 11 U.S.C. § 522(d)(5) | $0.00 | $0.00 | $0.00 | $0.00 | $78.00 | $78.00 | $78.00 |

**Fill in this information to identify your case:**

Debtor 1    <u>Shanell</u>        **Smith**
         First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: <u>**WESTERN DISTRICT OF TEXAS**</u>

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | | | | |

**Describe the property that secures the claim:** _____ _____ _____

Creditor's name
_____

Number    Street
_____

_____

City          State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

$0.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$0.00

**Fill in this information to identify your case:**

| Debtor 1 | **Shanell** | | **Smith** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

2.1

_____
Priority Creditor's Name

_____
Number        Street

_____

_____

_____
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1     **Shanell Smith**                                      Case number (if known) _____

## Part 2:     List All of Your NONPRIORITY Unsecured Claims

3.     **Do any creditors have nonpriority unsecured claims against you?**

☐     No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑     Yes

4.     **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what
type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in
Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  |
|---|---|
|  | **Total claim** |

| 4.1 | | $1,818.20 |

**A OK1, LLC**
Nonpriority Creditor's Name
**1223 N Rock Road Bldg. G,**
Number       Street
**Wichita, KS 67206.**


City                              State      ZIP Code

**Who incurred the debt?**    Check one.
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    __ __ n a

**When was the debt incurred?**    na-na

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Personal Loan**

| 4.2 | | $500.00 |

**AArons Furniture**
Nonpriority Creditor's Name
**400 Galleria Pkwy, SE, Suite 300**
Number       Street


**Atlanta**                    **GA**    **30339**
City                              State      ZIP Code

**Who incurred the debt?**    Check one.
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑  No
☐  Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other.  Specify
    **Furniture**

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.3**                                                                                               **$1,000.00**

**Advance America Cash Advance**
Nonpriority Creditor's Name
**135 North Church Street**
Number        Street

_____

**Spartanburg**            **SC**    **29306**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Payday loan**

**4.4**                                                                                               **$1,000.00**

**American Payday Loan**
Nonpriority Creditor's Name
**601 N. West Street**
Number        Street

_____

**Wichata**                **KS**    **67203**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **Payday loan**

**4.5**                                                                                               **$2,000.00**

**Apex Apartments**
Nonpriority Creditor's Name
**13999 Old Blanco Rd,**
Number        Street

_____

**San Antonio**            **TX**    **78216**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
      **rent**

Debtor 1    **Shanell Smith**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.6**

**$1,000.00**

**Bank of America**
Nonpriority Creditor's Name
**100 North Tryon Street**
Number        Street

_____

**Charlotte**              **NC**    **28255**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Overdrawn Acct**

**4.7**

**$1,000.00**

**Bexar County**
Nonpriority Creditor's Name

_____
Number        Street

_____

_____
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**ambulance services**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **medical**

Debtor 1   **Shanell Smith**      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.8**

                                        **$1,000.00**

**Check -N-Go**
Nonpriority Creditor's Name
**7755 Montgomery Road, Suite 400**
Number     Street

_____

**Cincinnati**        **OH**    **45236**
City               State     ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Payday Loan**

---

**4.9**

                                        **$300.00**

**Check into Cash**
Nonpriority Creditor's Name
**201 Keith Street, Suite 80,**
Number     Street

_____

**Cleveland**        **TN**    **37311**
City               State     ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Kansas Store**

**Last 4 digits of account number**    __ __ **n** **a**

**When was the debt incurred?**     **na-na**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **payday loan**

Debtor 1    **Shanell Smith**                                     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

| **4.10** | | | $1,000.00 |

**Check into Cash**
Nonpriority Creditor's Name
**201 Keith Street**
Number        Street

_____

**Suite 80 Cleveland        TN      37311**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Payday loan**

| **4.11** | | | $1,000.00 |

**Commerce Bank**
Nonpriority Creditor's Name
**PO Box 410857**
Number        Street

_____

**Kansas City              MO      64141-0857**
City                        State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.12 |

**$265.00**

**Cox Communication**
Nonpriority Creditor's Name
**1400 Lake Hearn Dr.**
Number       Street

_____

**Atlanta**                          **GA    30319**
City                               State    ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Kansas City**

**Last 4 digits of account number**    __ __   **n   a**

**When was the debt incurred?**    **na-na** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
    **other**

| 4.13 |

**$6,000.00**

**Credit King**
Nonpriority Creditor's Name
**3205 S Broadway**
Number       Street
**Wichita, 67216, KS**

_____

City                               State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Repo**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
    **Other**

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.14**                                                          **$480.98**

**Daddy Money Pawn Shop**
Nonpriority Creditor's Name
**4928 S Broadway St,**
Number     Street

**Wichita**            **KS**     **67216**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ n a

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **payday loan**

---

**4.15**                                                          **$3,047.38**

**Dermont Realty Mgt Co.**
Nonpriority Creditor's Name
**202 N Rock Rd,**
Number     Street

**Wichita**            **KS**     **67206**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ n a

**When was the debt incurred?**    **na-na**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **unpaid rent**

---

**4.16**                                                          **$300.00**

**Dish Network**
Nonpriority Creditor's Name
**9601 S. Meridian Blvd.**
Number     Street

**Englewood**        **CO**     **80112**
City                 State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
     **Cable bill**

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| | |
|---|---|
| **4.17** | **$2,207.00** |

**Fitness 2000**
Nonpriority Creditor's Name
**1046 S Oliver St,**
Number        Street

_____

_____

**Wichita                    KS      67218**
City                                State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __ __    **n    a**

**When was the debt incurred?**    **na-na** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **other**

---

| | |
|---|---|
| **4.18** | **$1,660.49** |

**Genesis Health Club**
Nonpriority Creditor's Name
**3725 W 13th St N,**
Number        Street

_____

_____

**Wichita                    KS      67203**
City                                State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __ __    **n    a**

**When was the debt incurred?**    **na-na** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **other**

---

| | |
|---|---|
| **4.19** | **$200.00** |

**Kansas Gas Services**
Nonpriority Creditor's Name
**7421 W 129th St,**
Number        Street

_____

_____

**Overland Park          KS      66213**
City                                State      ZIP Code

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
  **Gas BIll**

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.20** | | | | **$2,000.00**

**Karns Kars**

Nonpriority Creditor's Name

**2815 South Broadway**

Number        Street

_____

**Wichata          KS      67216**

City                State      ZIP Code

**Who incurred the debt?**    Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Dodge Durango**

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
     **Auto**

---

**4.21** | | | | **$225.00**

**Medical Diagnostic Labortories**

Nonpriority Creditor's Name

**2439 Kuser Road**

Number        Street

_____

**Hamilton          NJ      08690**

City                State      ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    __ __ n  a

**When was the debt incurred?** **na-na**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
     **medical bill**

---

**4.22** | | | | **$1,811.00**

**North Central Baptist**

Nonpriority Creditor's Name

**520 Madison Oak Dr,**

Number        Street

_____

**San Antonio        TX      78258**

City                State      ZIP Code

**Who incurred the debt?**    Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    __ __ n  a

**When was the debt incurred?** **na-na**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
     that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
     **medical bill**

---

Debtor 1 **Shanell Smith**                     Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.23**                                                                                    **$500.00**

**Rent a Center**                     Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**5501 Headquarters Dr,**             **When was the debt incurred?**  _____
Number        Street

_____      **As of the date you file, the claim is:** Check all that apply.
                                      ☐ Contingent
_____      ☐ Unliquidated
                                      ☐ Disputed
**Plano**              **TX**  **75024**
City           State   ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☑ Debtor 1 only                       ☐ Student loans
☐ Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                      ☑ Other.  Specify
☐ Check if this claim is for a community debt   **Consumer account**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.24**                                                                                    **$500.00**

**Speedy Cash**                       Last 4 digits of account number ___ ___ _n_ _a_
Nonpriority Creditor's Name
**3527 N Ridge Road**                 **When was the debt incurred?**  _____
Number        Street

_____      **As of the date you file, the claim is:** Check all that apply.
                                      ☐ Contingent
_____      ☐ Unliquidated
                                      ☐ Disputed
**Wichita**            **KS**  **67205**
City           State   ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**  Check one.
☑ Debtor 1 only                       ☐ Student loans
☐ Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                      ☑ Other.  Specify
☐ Check if this claim is for a community debt   **payday loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1     **Shanell Smith** _____     Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.25** | | | **$524.00**

**TMobile**
Nonpriority Creditor's Name
**12920 SE 38th Street**
Number     Street

_____

**Bellevue**                    **WA      98006**
City                        State        ZIP Code

**Who incurred the debt?**     Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __    n    a

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
       that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
       **Phone bill**

---

**4.26** | | | **$5,000.00**

**Townhome Apts**
Nonpriority Creditor's Name
**104 E Carp St,**
Number     Street
   **Wichita, KS 67216, USA**

_____

City                        State        ZIP Code
**Who incurred the debt?**     Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
       that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
       **Apartment**

---

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<div style="text-align:right">**Total claim**</div>

| 4.27 | | $200.00 |
|---|---|---|

**Westar Energy**
Nonpriority Creditor's Name
**P.O. Box 889**
Number          Street

_____

**Topeka**                    **KS**      **66601-0889**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **electic service**

| 4.28 | | $200.00 |
|---|---|---|

**Wichata Water and Utlities**
Nonpriority Creditor's Name
**455 N Main St Ste 802,**
Number          Street

_____

**Wichita**                    **KS**      **67202**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
     **utilities**

Debtor 1     **Shanell Smith**                                          Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

<div style="text-align: right;">

**Total claim**

</div>

<div style="text-align: right;">

**$7,000.00**

</div>

4.29

**Your Own Auto Sales**
Nonpriority Creditor's Name
**3040 South Broadway Street**
Number        Street

_____

_____

**Wichata**              **KS      67216**
City                        State      ZIP Code

**Who incurred the debt?**     Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Black Lumina repo**

**Last 4 digits of account number**     __ __ __ __

**When was the debt incurred?**     _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Auto**

Debtor 1 __Shanell Smith__      Case number (if known) _____

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

__AFNI__
Name
__PO Box 3097__
Number    Street


__Bloomington__    __IL__    __61702-3427__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.12__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __


__Calvin Dean Hilmaka__
Name
__200 East First Street, Suite 542__
Number    Street


__Wichita__    __KS__    __67202__
City    State    ZIP Code

__collecting for Genesis Health Club__

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.18__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __


__CBCS__
Name
__PO Box 1810__
Number    Street


__Columbus__    __OH__    __43216__
City    State    ZIP Code

__Colelcting for North Central Baptist__

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.22__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __


__Enhanced Recovery Company__
Name
__8014 Bayberry Road__
Number    Street


__Jacksonville__    __FL__    __32256__
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.25__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __


__Kahrs Law Office__
Name
__200 W Douglas Ave Ste 102,__
Number    Street


__Wichita__    __KS__    __67202__
City    State    ZIP Code

__Colelcting for Daddys Money and AOk1, LLC__

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.14__ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Debtor 1   **Shanell Smith**        Case number (if known) _____

## Part 3:    List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**Kurt Holmes**
Name
**445 N Waco St,**
Number    Street

_____

| **Wichita** | **KS** | **67202** |
|---|---|---|
| City | State | ZIP Code |

**Collecting for Durmont Realty Mgt**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.15**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

---

**Recheck**
Name
**P.O. Box 782438**
Number    Street

_____

| **Wichita** | **KS** | **67278** |
|---|---|---|
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.17**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

Debtor 1    **Shanell Smith**                                          Case number (if known) _____

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
      28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a.     $0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b.     $0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c.     $0.00 |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. +   $0.00 |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d.     $0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f.     $0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g.     $0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h.     $0.00 |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. +   $43,739.05 |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j.     $43,739.05 |

**Fill in this information to identify your case:**

Debtor 1    **Shanell**           **Smith**
          First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
   |---|---|

**Fill in this information to identify your case:**

Debtor 1      **Shanell**                                    **Smith**
              First Name          Middle Name                Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name             Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106H

## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☒ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No.  Go to line 3.
   ☒ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☒ No
      ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:*  **Your codebtor**                    *Column 2:*  **The creditor to whom you owe the debt**

                                                     Check all schedules that apply:

**Fill in this information to identify your case:**

| Debtor 1 | Shanell | | Smith |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Describe Employment** |
|---|---|

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | OSCR1 | |
| **Employer's name** | | Wells Fargo | |
| **Employer's address** | | 40101 Wiseman Blvd | |
| | | Number  Street | Number  Street |
| | | San Antonio  TX  78251 | |
| | | City  State  Zip Code | City  State  Zip Code |
| How long employed there? | | 5mo | |

| **Part 2:** | **Give Details About Monthly Income** |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $2,600.00 | |
| 3. | **Estimate and list monthly overtime pay.** | 3. + | $0.00 | |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $2,600.00 | |

Debtor 1   **Shanell Smith**       Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here .......... ➔ 4. | $2,600.00 | |

**5. List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $288.16 | |
| 5b. | Mandatory contributions for retirement plans | 5b. $0.00 | |
| 5c. | Voluntary contributions for retirement plans | 5c. $0.00 | |
| 5d. | Required repayments of retirement fund loans | 5d. $0.00 | |
| 5e. | Insurance | 5e. $108.33 | |
| 5f. | Domestic support obligations | 5f. $0.00 | |
| 5g. | Union dues | 5g. $0.00 | |
| 5h. | Other deductions. Specify: See continuation sheet | 5h.+ $593.67 | |

**6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.    6. $990.16

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $1,609.84

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**    8a. $0.00

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| 8b. | Interest and dividends | 8b. $0.00 | |
|---|---|---|---|

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**    8c. $0.00

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| 8d. | Unemployment compensation | 8d. $0.00 | |
|---|---|---|---|
| 8e. | Social Security | 8e. $0.00 | |

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:    8f. $0.00

| 8g. | Pension or retirement income | 8g. $0.00 | |
|---|---|---|---|
| 8h. | Other monthly income. Specify: See continuation sheet | 8h.+ $966.00 | |

**9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.    9. $966.00

**10. Calculate monthly income.** Add line 7 + line 9.    10. $2,575.84 + _____ = $2,575.84
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify:    11. + $0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12. $2,575.84

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.    None.
☐ Yes. Explain:

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

|  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 5h. | **Other Payroll Deductions (details)** | | |
| | **Retirement Contributions** | $52.00 | |
| | **Other Deductions** | $541.67 | |
| | Totals: | $593.67 | |

|  | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 8h. | **Other Monthly Income (details)** | | |
| | **Child Support** | $334.00 | |
| | **SS Disability for Tyson B.** | $632.00 | |
| | Totals: | $966.00 | |

**Fill in this information to identify your case:**

Debtor 1 **Shanell** **Smith**
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)
First Name          Middle Name          Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| son | 8 | ☐ No  ☑ Yes |
| son | 13 | ☐ No  ☑ Yes |
| son | 5 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**
   Include first mortgage payments and any rent for the ground or lot.

   4.          $1,068.00

   If not included in line 4:

   4a. Real estate taxes          4a.

   4b. Property, homeowner's, or renter's insurance          4b.          $30.00

   4c. Home maintenance, repair, and upkeep expenses          4c.

   4d. Homeowner's association or condominium dues          4d.

Debtor 1    **Shanell Smith**      Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | **$145.00** |
| | 6b.   Water, sewer, garbage collection | 6b. | **$30.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$186.00** |
| | 6d.   Other. Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$650.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning**    (See continuation sheet(s) for details) | 9. | **$100.00** |
| 10. | **Personal care products and services** | 10. | _____ |
| 11. | **Medical and dental expenses** | 11. | **$60.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$150.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$150.00** |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | _____ |
| | 15b.   Health insurance | 15b. | _____ |
| | 15c.   Vehicle insurance | 15c. | _____ |
| | 15d.   Other insurance. Specify: _____ | 15d. | _____ |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | _____ |
| | 17b.   Car payments for Vehicle 2 | 17b. | _____ |
| | 17c.   Other. Specify: _____ | 17c. | _____ |
| | 17d.   Other. Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.   Mortgages on other property | 20a. | _____ |
| | 20b.   Real estate taxes | 20b. | _____ |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | _____ |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | _____ |
| | 20e.   Homeowner's association or condominium dues | 20e. | _____ |

Debtor 1   **Shanell Smith** _____   Case number (if known) _____

**21. Other.** Specify: _____   21.  **+** _____

**22.** **Calculate your monthly expenses.**

22a.   Add lines 4 through 21.   22a.   |   **$2,569.00** |

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b.   |   |

22c.   Add line 22a and 22b.  The result is your monthly expenses.   22c.   |   **$2,569.00** |

**23.** **Calculate your monthly net income.**

23a.   Copy line 12 (your combined monthly income) from Schedule I.   23a.   |   **$2,575.84** |

23b.   Copy your monthly expenses from line 22c above.   23b.  **—** |   **$2,569.00** |

23c.   Subtract your monthly expenses from your monthly income.
The result is your monthly net income.   23c.   |   **$6.84** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.   Explain here:
**plan to rent or buy a house and a new vehicle**

Debtor 1    **Shanell Smith**                                                      Case number (if known) _____

9.  **Clothing, laundry, and dry cleaning (details):**
    **Clothing**                                                                                              $50.00
    **Laundry/Dry Cleaning**                                                                                  $50.00

                                                                              Total:    | $100.00 |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Shanell** | **Smith** |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | **$0.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | **$3,373.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | **$3,373.00** |

## Part 2:  Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$0.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$43,739.05** |
| | **Your total liabilities** | **$43,739.05** |

## Part 3:  Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I.................................................. | **$2,575.84** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J....................................................... | **$2,569.00** |

Debtor 1    **Shanell Smith**                                                    Case number (if known) _____

## Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑  Yes

7.    **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.    **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.          | **$3,566.00** |

9.    **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

|  | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F,* **copy the following:** | |
| 9a.   Domestic support obligations.  (Copy line 6a.) | $0.00 |
| 9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.) | $0.00 |
| 9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d.   Student loans.  (Copy line 6f.) | $0.00 |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | **+** $0.00 |
| 9g.   **Total.**   Add lines 9a through 9f. | $0.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Shanell** | | **Smith** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Shanell Smith** _____ X _____
Shanell Smith, Debtor 1 | Signature of Debtor 2

Date **01/24/2019** | Date _____
MM / DD / YYYY | MM / DD / YYYY

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Shanell** | **Smith** |
| | First Name   Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy
**04/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☐ Married
   - ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☐ No
   - ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **13999 Old Blanco Road** | From  **8/1/2017** | | From |
| Number   Street | To  **8/1/2018** | Number   Street | To |
| **San Antonio**   **TX**   **78216** | | | |
| City   State   ZIP Code | | City   State   ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **1118 N. Crestway** | From  **4/1/2015** | | From |
| Number   Street | To  **4/14/2017** | Number   Street | To |
| **wichita**   **KS**   **67218** | | | |
| City   State   ZIP Code | | City   State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $945.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $16,585.75 | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__ )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $25,500.00 | ☐ Wages, commissions, bonuses, tips | |
|  | ☐ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

Debtor 1    **Shanell Smith**                                    Case number (if known) _____

## Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the
total amount you paid that creditor.  Do not include payments for domestic support obligations, such as
child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor.  Do not include payments for domestic support obligations, such as child support and alimony.
Also, do not include payments to an attorney for this bankruptcy case.

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations
such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Daddy Money vs Shanell Smith** | **Payday loans** | **Sedwick County DC**<br>Court Name | ☐ Pending |
| | | **525 N. Main Street**<br>Number   Street | ☐ On appeal |
| Case number  **2013LM008613** | | | ☑ Concluded |
| | | **Wichata**          **KS**     **67203**<br>City                State   ZIP Code | |

Debtor 1  **Shanell Smith**                                    Case number (if known)

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

**Case title**
**Genesis Health Club vs Shanell Smith**

**Nature of the case**
**Dues**

**Court or agency**
**Sedwick County DC**
Court Name
**525 N. Main Street**
Number    Street

**Status of the case**
☐ Pending
☐ On appeal
☒ Concluded

Case number  **09LM12695**

**Wichata**           **KS**      **67203**
City                          State     ZIP Code

**Case title**
**AOK1, LLC vs Shanell Smith**

**Nature of the case**
**Personal Loan**

**Court or agency**
**Sedwick County DC**
Court Name
**525 N. Main Street**
Number    Street

**Status of the case**
☐ Pending
☐ On appeal
☒ Concluded

Case number  **2013LM014244**

**Wichata**           **KS**      **67203**
City                          State     ZIP Code

**Case title**
**Dermont Realty MGT**

**Nature of the case**

**Court or agency**
**Sedwick County DC**
Court Name
**525 N. Main Street**
Number    Street

**Status of the case**
☐ Pending
☐ On appeal
☒ Concluded

Case number  **08LM008063**

**Wichita**           **KS**      **67203**
City                          State     ZIP Code

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☒ Yes. Fill in the information below.

**Daddy Money**
Creditor's Name
**na**
Number    Street

**wichita**           **KS**      **na**
City                          State     ZIP Code

**Describe the property**
**garnishment 480.98**

**Date**
**9/24/2018**

**Value of the property**

**Explain what happened**
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

**Genesis Health Club**
Creditor's Name
**na**
Number    Street

**wichita**           **KS**      **na**
City                          State     ZIP Code

**Describe the property**
**garnishment 25%**

**Date**
**12/7/2018**

**Value of the property**

**Explain what happened**
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

Debtor 1    **Shanell Smith**             Case number (if known) _____

| | | | |
|---|---|---|---|
| **A OK 1, LLC** | **Describe the property** | **Date** | **Value of the property** |
| Creditor's Name | garnishment 25% | 12/28/2018 | |

**na**
Number    Street

**Explain what happened**
- ☐ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☐ Property was attached, seized, or levied.

**wichita**     **KS**    **na**
City          State    ZIP Code

| | | | |
|---|---|---|---|
| **Dermont RE Company, LLC** | **Describe the property** | **Date** | **Value of the property** |
| Creditor's Name | garnishment 25% | 1/4/2019 | |

**na**
Number    Street

**Explain what happened**
- ☐ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☐ Property was attached, seized, or levied.

**wichita**     **KS**    **na**
City          State    ZIP Code

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ☑ No
   ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ☑ No
   ☐ Yes

---

**Part 5:**    **List Certain Gifts and Contributions**

---

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ☑ No
   ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

   ☑ No
   ☐ Yes. Fill in the details for each gift or contribution.

---

**Part 6:**    **List Certain Losses**

---

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ☑ No
   ☐ Yes. Fill in the details.

Debtor 1    __Shanell Smith_____    Case number (if known) _____

## Part 7:    List Certain Payments or Transfers

**16.    Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☒ No
☐ Yes. Fill in the details.

**17.    Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

**18.    Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

**19.    Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.    Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

**21.    Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

**22.    Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

Debtor 1    **Shanell Smith**                                  Case number *(if known)* _____

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |

**23.** **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

| **Part 10:** | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

**25.** **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.
☐ Yes.  Check all that apply above and fill in the details below for each business.

Debtor 1    **Shanell Smith**             Case number (if known) _____

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

<div style="background:black;color:white;padding:2px 6px;display:inline-block">**Part 12:**</div>   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** **/s/ Shanell Smith**            **X** _____
    Shanell Smith, Debtor 1                Signature of Debtor 2

    Date   **01/24/2019**               Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1　**Shanell**　　　　　　　　　　**Smith**
　　　　　First Name　　　Middle Name　　　Last Name

Debtor 2
(Spouse, if filing)　First Name　　　Middle Name　　　Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7　　　12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or

- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

**None.**

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|

**None.**

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Shanell Smith**　　　　　　　　X
　Shanell Smith, Debtor 1　　　　　　　　Signature of Debtor 2

Date **01/24/2019**　　　　　　　　Date
　　MM / DD / YYYY　　　　　　　　　MM / DD / YYYY

01/24/2019 01:52:57pm

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

In re **Shanell Smith**

Case No. _____

Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept.................................................................  <u>$335.00</u>

Prior to the filing of this statement I have received.......................................................  <u>$167.50</u>

Balance Due...................................................................................................................  <u>$167.50</u>

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)
               **Debtor has legal insurance that is paying legal fees**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __01/24/2019__ | __/s/ Kaci J. Price__ |
| *Date* | *Kaci J. Price*            Bar No.  24041727 |
| | Price Law Firm, P.C. |
| | 3740 Colony Drive, Suite 240 |
| | San Antonio, Texas 78230 |
| | Phone: (210) 815-9459 |

</div>

__/s/ Shanell Smith__

*Shanell Smith*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Shanell Smith**                                  CASE NO

                                                        CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _1/24/2019_____          Signature _**/s/ Shanell Smith**_____
                                                        **Shanell Smith**

Date _____          Signature _____

A OK1, LLC
1223 N Rock Road Bldg. G,
 Wichita, KS 67206.


AArons Furniture
400 Galleria Pkwy, SE, Suite 300
Atlanta, GA 30339


Advance America Cash Advance
135 North Church Street
 Spartanburg, SC 29306


AFNI
PO Box 3097
Bloomington, IL 61702-3427


American Payday Loan
601 N. West Street
Wichata, Kansas 67203


Apex Apartments
13999 Old Blanco Rd,
 San Antonio, TX 78216


Bank of America
100 North Tryon Street
Charlotte, NC 28255


Bexar County


Calvin Dean Hilmaka
200 East First Street, Suite 542
Wichita, Kansas 67202

CBCS
PO Box 1810
Columbus, Ohio 43216


Check -N-Go
7755 Montgomery Road, Suite 400
Cincinnati, OH 45236


Check into Cash
201 Keith Street, Suite 80,
 Cleveland, TN 37311


Check into Cash
201 Keith Street
Suite 80 Cleveland TN 37311


Commerce Bank
PO Box 410857
Kansas City, MO 64141-0857


Cox Communication
1400 Lake Hearn Dr.
 Atlanta, GA 30319


Credit King
3205 S Broadway
 Wichita, 67216, KS


Daddy Money Pawn Shop
 4928 S Broadway St,
 Wichita, KS 67216


Dermont Realty Mgt Co.
202 N Rock Rd,
Wichita, KS 67206

Dish Network
9601 S. Meridian Blvd.
 Englewood CO 80112


Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256


Fitness 2000
1046 S Oliver St,
 Wichita, KS 67218


Genesis Health Club
3725 W 13th St N,
 Wichita, KS 67203


Kahrs Law Office
200 W Douglas Ave Ste 102,
Wichita, KS 67202


Kansas Gas Services
 7421 W 129th St,
Overland Park, KS 66213


Karns Kars
2815 South Broadway
Wichata, Kansas 67216


Kurt Holmes
445 N Waco St,
 Wichita, KS 67202


Medical Diagnostic Labortories
2439 Kuser Road
Hamilton, NJ 08690

North Central Baptist
520 Madison Oak Dr,
 San Antonio, TX 78258


Recheck
P.O. Box 782438
Wichita, KS 67278


Rent a Center
5501 Headquarters Dr,
 Plano, TX 75024


Speedy Cash
3527 N Ridge Road
Wichita, Kansas 67205


TMobile
12920 SE 38th Street
 Bellevue WA 98006


Townhome Apts
104 E Carp St,
 Wichita, KS 67216, USA


Westar Energy
P.O. Box 889
Topeka, KS 66601-0889


Wichata Water and Utlities
455 N Main St Ste 802,
 Wichita, KS 67202


Your Own Auto Sales
3040 South Broadway Street
Wichata, KS 67216

A OK1, LLC
1223 N Rock Road Bldg. G,
 Wichita, KS 67206.

AArons Furniture
400 Galleria Pkwy, SE, Suite 30
Atlanta, GA 30339

Advance America Cash Advance
135 North Church Street
 Spartanburg, SC 29306

AFNI
PO Box 3097
Bloomington, IL 61702-3427

American Payday Loan
601 N. West Street
Wichata, Kansas 67203

Apex Apartments
13999 Old Blanco Rd,
 San Antonio, TX 78216

Bank of America
100 North Tryon Street
Charlotte, NC 28255

Bexar County

Calvin Dean Hilmaka
200 East First Street, Suite 54
Wichita, Kansas 67202

CBCS
PO Box 1810
Columbus, Ohio 43216

Check -N-Go
7755 Montgomery Road, Suite 400
Cincinnati, OH 45236

Check into Cash
201 Keith Street, Suite 80,
 Cleveland, TN 37311

Check into Cash
201 Keith Street
Suite 80 Cleveland TN 37311

Commerce Bank
PO Box 410857
Kansas City, MO 64141-0857

Cox Communication
1400 Lake Hearn Dr.
 Atlanta, GA 30319

Credit King
3205 S Broadway
 Wichita, 67216, KS

Daddy Money Pawn Shop
 4928 S Broadway St,
 Wichita, KS 67216

Dermont Realty Mgt Co.
202 N Rock Rd,
 Wichita, KS 67206

Dish Network
9601 S. Meridian Blvd.
 Englewood CO 80112

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

Fitness 2000
1046 S Oliver St,
 Wichita, KS 67218

Genesis Health Club
3725 W 13th St N,
 Wichita, KS 67203

Kahrs Law Office
200 W Douglas Ave Ste 102,
Wichita, KS 67202

Kansas Gas Services
 7421 W 129th St,
 Overland Park, KS 66213

Karns Kars
2815 South Broadway
Wichata, Kansas 67216

Kurt Holmes
445 N Waco St,
 Wichita, KS 67202

Medical Diagnostic Labortories
2439 Kuser Road
Hamilton, NJ 08690

North Central Baptist
520 Madison Oak Dr,
 San Antonio, TX 78258

Recheck
P.O. Box 782438
Wichita, KS 67278

Rent a Center
5501 Headquarters Dr,
 Plano, TX 75024

Speedy Cash
3527 N Ridge Road
Wichita, Kansas 67205

TMobile
12920 SE 38th Street
 Bellevue WA 98006

Townhome Apts
104 E Carp St,
 Wichita, KS 67216, USA

Westar Energy
P.O. Box 889
Topeka, KS 66601-0889

Wichata Water and Utlities
455 N Main St Ste 802,
 Wichita, KS 67202

Your Own Auto Sales
3040 South Broadway Street
Wichata, KS 67216

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

IN RE:  **Shanell Smith**

CASE NO.

CHAPTER  **7**

## Certificate of Service

I, the undersigned, hereby certify that on {COSDateOfService}, a copy of the attached, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules.

A OK1, LLC
na
1223 N Rock Road Bldg. G,
 Wichita, KS 67206.

Bank of America
100 North Tryon Street
Charlotte, NC 28255

Check into Cash
201 Keith Street
Suite 80 Cleveland TN 37311

AArons Furniture
400 Galleria Pkwy, SE, Suite 300
Atlanta, GA 30339

Bexar County

Commerce Bank
PO Box 410857
Kansas City, MO 64141-0857

Advance America Cash Advance
135 North Church Street
 Spartanburg, SC 29306

Calvin Dean Hilmaka
200 East First Street, Suite 542
Wichita, Kansas 67202

Cox Communication
na
1400 Lake Hearn Dr.
 Atlanta, GA 30319

AFNI
PO Box 3097
Bloomington, IL 61702-3427

CBCS
PO Box 1810
Columbus, Ohio 43216

Credit King
3205 S Broadway
 Wichita, 67216, KS

American Payday Loan
601 N. West Street
Wichata, Kansas 67203

Check -N-Go
7755 Montgomery Road, Suite 400
Cincinnati, OH 45236

Daddy Money Pawn Shop
na
 4928 S Broadway St,
 Wichita, KS 67216

Apex Apartments
13999 Old Blanco Rd,
 San Antonio, TX 78216

Check into Cash
na
201 Keith Street, Suite 80,
 Cleveland, TN 37311

Dermont Realty Mgt Co.
na
202 N Rock Rd,
Wichita, KS 67206

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Shanell Smith**

CASE NO.

CHAPTER   **7**

**Certificate of Service**

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Dish Network<br>9601 S. Meridian Blvd.<br>Englewood CO 80112 | Kurt Holmes<br>445 N Waco St,<br>Wichita, KS 67202 | Townhome Apts<br>104 E Carp St,<br>Wichita, KS 67216, USA |
| Enhanced Recovery Company<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | Medical Diagnostic Labortories<br>na<br>2439 Kuser Road<br>Hamilton, NJ 08690 | Westar Energy<br>P.O. Box 889<br>Topeka, KS 66601-0889 |
| Fitness 2000<br>na<br>1046 S Oliver St,<br>Wichita, KS 67218 | North Central Baptist<br>na<br>520 Madison Oak Dr,<br>San Antonio, TX 78258 | Wichata Water and Utlities<br>455 N Main St Ste 802,<br>Wichita, KS 67202 |
| Genesis Health Club<br>na<br>3725 W 13th St N,<br>Wichita, KS 67203 | Recheck<br>P.O. Box 782438<br>Wichita, KS 67278 | Your Own Auto Sales<br>3040 South Broadway Street<br>Wichata, KS 67216 |
| Kahrs Law Office<br>200 W Douglas Ave Ste 102,<br>Wichita, KS 67202 | Rent a Center<br>5501 Headquarters Dr,<br>Plano, TX 75024 | |
| Kansas Gas Services<br>7421 W 129th St,<br>Overland Park, KS 66213 | Speedy Cash<br>na<br>3527 N Ridge Road<br>Wichita, Kansas 67205 | |
| Karns Kars<br>2815 South Broadway<br>Wichata, Kansas 67216 | TMobile<br>na<br>12920 SE 38th Street<br>Bellevue WA 98006 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Fill in this information to identify your case: |
|---|

Debtor 1    **Shanell**        **Smith**
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

        ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

        ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $2,600.00 | |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $966.00 | |

Debtor 1 __Shanell Smith_____  Case number (if known) _____

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|

**5.  Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ | | | |
| Ordinary and necessary operating expenses | − $0.00 | − _____ | | | |
| Net monthly income from a business, profession, or farm | $0.00 | _____ | Copy here ➔ | $0.00 | _____ |

**6.  Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ | | | |
| Ordinary and necessary operating expenses | − $0.00 | − _____ | | | |
| Net monthly income from rental or other real property | $0.00 | _____ | Copy here ➔ | $0.00 | _____ |

**7.  Interest, dividends, and royalties**  $0.00  _____

**8.  Unemployment compensation**  $0.00  _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ................↘

For you............................................................... $0.00

For your spouse....................................................... _____

**9.  Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.  $0.00  _____

**10.  Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.  If necessary, list other sources on a separate page and put the total below.

_____  _____  _____

_____  _____  _____

Total amounts from separate pages, if any.  + _____  + _____

**11.  Calculate your total current monthly income.**  Add lines 2 through 10 for each column.  Then add the total for Column A to the total for Column B.

| $3,566.00 | + | | = | $3,566.00 |
|---|---|---|---|---|

**Total current monthly income**

Debtor 1   **Shanell Smith**        Case number *(if known)* _____

---

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12.** **Calculate your current monthly income for the year.** Follow these steps:

12a.    Copy your total current monthly income from line 11.........................................**Copy line 11 here** ➔   12a.   | $3,566.00 |

         Multiply by 12 (the number of months in a year).         **X**     **12**

12b.    The result is your annual income for this part of the form.      12b.   | $42,792.00 |

**13.** **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.         | **Texas** |

Fill in the number of people in your household.         | **4** |

Fill in the median family income for your state and size of household..............................................................................  13.   | $81,958.00 |

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14.** **How do the lines compare?**

14a.   ☑   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
        Go to Part 3.

14b.   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
        Go to Part 3 and fill out Form 122A-2.

---

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Shanell Smith** _____      **X** _____
     Shanell Smith, Debtor 1                              Signature of Debtor 2

Date **1/24/2019** _____        Date _____
       MM / DD / YYYY                                MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:                  §

**Shanell Smith**     §     Case No. _____

                        §

       Debtor(s)     §     Chapter   **7**

# DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☑ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☐ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  **1/24/2019**       **/s/ Shanell Smith** _____
                       Shanell Smith
                       Debtor
                       **Soc. Sec. No.**   **xxx-xx-0592** _____

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **1/24/2019** _____        **/s/ Kaci J. Price** _____
                                       Kaci J. Price, Attorney for Debtor